UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10154-MLW

UNITED STATES OF AMERICA

v.

JOHN J. DIAMONT, JR.

**FURTHER ORDER ON EXCLUDABLE TIME**

August 11, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

August 2, 2005 through November 22, 2005,

that being the period between the expiration of the initial order on excludable time and the Interim Status Conference.

Based upon the prior order of the court dated July 5, 2005 and this order, at the time of the Interim Status Conference on November 22, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge