UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOHN J. DIAMONT, JR. )<br>)<br>Defendant. )<br>) | CRIMINAL NO. 05-10154-MLW |

## NOTICE OF APPEARANCE

Please enter the appearance of Lauren M. Papenhausen of McDermott Will & Emery LLP, 28 State Street, Boston, Massachusetts, as counsel for Defendant John Diamont in the above-referenced matter.

                                        Respectfully submitted,

                                        JOHN DIAMONT

                                        By his attorneys,

                                         /s/ Lauren M. Papenhausen
                                        Michael Kendall (BBO #544866)
                                        Lauren M. Papenhausen (BBO #655527)
                                        McDERMOTT WILL & EMERY LLP
                                        28 State Street
                                        Boston, MA 02109
                                        617-535-4000

September 5, 2005

BST99 1471688-1 073607 0010