

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

Main Reception: (617) 748-3100

United States Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

October 19, 2005

**BY HAND**
Michael Kendall, Esquire
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109-1775

    Re:    United States v. John J. Diamont, Jr.
            Criminal No. 05-10154-MLW

Dear Mr. Kendall:

    Pursuant to Local Rule 116.1(C), enclosed you will find a list of additional documents from five sources which we are making available for your inspection and copying as part of automatic discovery. Please contact IRS Special Agent Tim Saunders to arrange a mutually convenient time to review these documents.

    Also enclosed is a copy of a 5/5/04 letter from me to William A. Brown relating to the terms of Yale Strogoff's grand jury testimony.

                              Sincerely yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney
                By:
                              PETER A. MULLIN
                              Assistant U.S. Attorney

Enclosure

cc: Dennis O'Leary
    Deputy Clerk to Honorable Mark L. Wolf