UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )    CRIMINAL NO. 05-10154-MLW
        v.               )
                         )
JOHN J. DIAMONT, JR.,    )
        Defendant        )

ORDER

This matter is before the Court on the motion of the United States, pursuant to Fed. R. Crim. P. 6(e)(3(E)(i), and the Court having found there is "particularized need" for this disclosure, it is hereby ORDERED:

that the United States may disclose to the defendant in this case, and his counsel, such portions of any grand jury transcript as is responsive to any automatic discovery request the defendant has made in this case.

It is so Ordered.

　　　　　　　　　　　　　　　　　　　/s/ Judith Gail Dein
　　　　　　　　　　　　　　　　　　　HONORABLE JUDITH G. DEIN
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Entered this 9th day of November, 2005 at Boston, MA.