UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10154-MLW

UNITED STATES OF AMERICA

v.

JOHN J. DIAMONT, JR.

## FURTHER ORDER ON EXCLUDABLE TIME

November 10, 2005

DEIN, M.J.

An Interim Status Conference was scheduled before this Court for November 22, 2005. The defendant, with the assent of the government, has requested a continuance in order to allow the parties to narrow and/or resolve discovery disputes without the need for court intervention. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

November 22, 2005 - December 19, 2005

that being the period between the Interim Status Conference as originally scheduled and the Conference as rescheduled.

**The Interim Status Conference has been rescheduled for December 19, 2005 2005 at 10:00 a.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(A)(1) through (7) before the close of business no less than THREE business days prior to that**

**Status Conference**. **In addition, the parties shall include in the Joint Memorandum not only the periods of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

      / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge