UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) CRIMINAL NO. 05-10154-MLW
v. )
)
JOHN J. DIAMONT, JR., )
Defendant )

GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION TO IMPOUND HIS MOTION FOR RECONSIDERATION

The United States opposes the Defendant's Motion To Impound His Motion For Reconsideration of the Court's Memorandum of Decision and Order on Motion for Pre-Trial Subpoenas, for the reasons previously stated in connection with the impoundment of the Memorandum in Support of the Motion For Pre-Trial Subpoenas.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney
                        By:
                                /s/ Peter A. Mullin
                                PETER A. MULLIN
                                Assistant U.S. Attorney

Dated: December 13, 2005


CERTIFICATE OF SERVICE

I, Peter A. Mullin, Assistant U.S. Attorney, hereby certify that a true copy of this document was served on counsel of record for the defendant by electronic filing this 13th day of December, 2005.

                                /s/ Peter A. Mullin
                                PETER A. MULLIN
                                Assistant U.S. Attorney