UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10154-MLW

UNITED STATES OF AMERICA

v.

JOHN J. DIAMONT, JR.

**FURTHER ORDER ON EXCLUDABLE TIME**

December 21, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following

period of time excludable from the time period within which trial must commence:

December 19, 2005 through January 24, 2006,

that being the period between the originally scheduled date of the Interim Status

Conference and the Final Status Conference.

Based upon the prior orders of the court dated July 5, 2005, August 11, 2005,

November 10, 2005, and this order, at the time of the Final Status Conference on

January 24, 2006, there will be zero (0) days of non-excludable time under the Speedy

Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this

case must be tried.

_____ / s / Judith Gail Dein _____
JUDITH GAIL DEIN
United States Magistrate Judge