UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | |
| JOHN J. DIAMONT, JR. | ) ) | CRIMINAL NO. 05-10154-MLW |
| Defendant. | ) ) ) | |

**ASSENTED TO MOTION TO IMPOUND DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF HIS MOTION FOR DISCOVERY**

Pursuant to Local Rule 7.2, defendant John Diamont moves to impound his Supplemental Memorandum in Support of His Motion for Discovery. In support of this Motion, Mr. Diamont states that the Supplemental Memorandum contains information relating to uncharged criminal conduct. Mr. Diamont has served the Supplemental Memorandum on opposing counsel but believes that it should be withheld from public scrutiny due to the sensitive nature of the information therein. By filing this Motion, Mr. Diamont does not agree to limit in any way his use of information or materials he has collected as part of his defense.

WHEREFORE, Mr. Diamont asks the Court to impound Defendant's Supplemental Memorandum in Support of His Motion for Discovery and withhold this Supplemental Memorandum from public inspection until further order of the Court.

                                                   Respectfully submitted,

                                                   JOHN DIAMONT

                                               By his attorneys,

                                             /s/ Lauren M. Papenhausen
                                             Michael Kendall (BBO #544866)
                                             Lauren M. Papenhausen (BBO #655527)
                                             McDERMOTT WILL & EMERY LLP
                                             28 State Street
                                             Boston, MA 02109
Dated: January 5, 2006                 617-535-4000