UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10154-MLW

UNITED STATES OF AMERICA

v.

JOHN J. DIAMONT, JR.

## FURTHER ORDER ON EXCLUDABLE TIME

January 26, 2006

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 24, 2006 through February 27, 2006

that being the period between the originally scheduled date of the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated July 5, 2005, August 11, 2005, November 10, 2005, December 21, 2005 and this order, at the time of the Final Status Conference on February 27, 2006, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge