UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10154-MLW

UNITED STATES OF AMERICA

v.

JOHN J. DIAMONT

**FINAL STATUS REPORT**

February 27, 2006

DEIN, M.J.

A Final Status Conference was held before this court on Monday, February 27, 2006, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It appears at this time that a trial will be necessary.

2. Discovery is completed at this time. However, the defendant has issued some third-party subpoenas and there may be motions filed by the record-holders.

3. There are no outstanding or anticipated discovery issues at this time except as described above.

4. The defendant does not intend to file any dispositive motions.

5. Based upon the prior orders of the court dated July 5, 2005, August 11, 2005, November 10, 2005, December 21, 2005 and January 26, 2006, at the time of the Final Status Conference on February 27, 2006, there were zero (0) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days remaining under the Speedy Trial Act in which this case must be tried.

6. It is estimated that if the case goes to trial, the government's case will take approximately 5 - 7 days.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE