UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| John J. Diamont, Jr., ) | Criminal No. 05-10154-MLW |
| Defendant ) | |
| ) | |

### REQUEST FOR HEARING

Now come Yale Strogoff, Roberta Strogoff, Steven Strogoff and any companies or trusts under their control and REQUEST A HEARING for their motion to quash subpoenas directed to their accountants and administrators. Counsel requests an immediate hearing on Wednesday, March 8, 2006 due to the fact that the accountants are required to comply by Monday, March 13, 2006 with the current Court Order. Further, Counsel will out of the office Thursday and Friday, March 9 and 10, 2006.

                                        Respectfully submitted,
                                        Yale Strogoff,
                                        Roberta Strogoff,
                                        Steven Strogoff
                                        By and through their attorney,

                                        _/s/ William A. Brown_
                                        William A. Brown, Esq.
                                        BBO #061280
                                        31 Milk Street
                                        Suite 501
                                        Boston, MA 02109
                                        (617) 482-1001
                                        (617) 423-4058 (fax)

### CERTIFICATE OF SERVICE

     I hereby certify that on this day a true copy of the above document was served upon the attorney of record by ECF filing.

Date 3/7/06                                         _/s/ William A. Brown_
                                               William A. Brown
                                             BBO # 061280