UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u> | <u>**CRIMINAL  CASE**</u>

NO. <u>05-10154-MLW</u>

V.

<u>**JOHN J. DIAMONT**</u>
        **Defendant(s)**

## <u>NOTICE OF HEARING</u>

<u>**WOLF, D.J.**</u>

PLEASE TAKE NOTICE that the above-titled case has been set for an INITIAL PRETRIAL CONFERENCE with regard to the defendant's motion to revoke detention order on <u>MARCH 16, 2006</u> at 2:00 P.M. before Chief Judge Wolf in Courtroom # <u>10</u> on the <u>5</u>th  floor.

                              SARAH A. THORNTON
                              CLERK OF COURT

<u>March 8, 2006</u>                    By:   <u>/s/ Dennis O'Leary</u>
    Date                                    Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                         [ntchrgcnf.]
                                                    [kntchrgcnf.]