UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10154

| United States of America | John Diamont |
|---|---|
| PLAINTIFF | DEFENDANT |
| Peter Mullin | Michael Kendall |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Pre-trial Conference Held |
|---|---|
| 3/16/06 | Court raises issue with the parties concerning his past relationship with defense counsel. |
|  | Court allows the defendant to file motions in limine. Motions due by 4/21/2006, responses due by 5/12/06 replies due by 5/19/2006. Court does not set a schedule for the trial at the parties request. Court does set a trial date of October 2, 2006 at 9:00 AM. Court excludes all time from today's date and October 2, 2006 for STA purposes. |