UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      v. )<br>)<br>JOHN J. DIAMONT, JR., )<br>      Defendant ) | Cr. No. 05-10154-MLW |

ORDER

WOLF, D.J.                                                                 March 16, 2006

For the reasons stated in court on March 16, 2006, it is hereby ORDERED that:

1. The government shall, by March 21, 2006, state again whether it believes that my disqualification is required by 28 U.S.C. §455(a) and, in any event, whether it wishes to waive any such ground for my disqualification based on the matters discussed pursuant to §455(e).

2. The parties shall, by April 21, 2006, file any motions in limine. The motions may be filed initially <u>ex parte</u> and under seal if redacted versions are served and filed for the public record. Any <u>ex parte</u> submissions may subsequently be unsealed.

3. The parties shall, by May 12, 2006, respond to any motions in limine.

4. The parties shall, by May 19, 2006, file any replies.

5. The trial shall commence on October 2, 2006, at 9:00 a.m.

6. With the agreement of the parties, all time between March 16, 2006 and October 2, 2006 is excluded for Speedy Trial Act

purposes, pursuant to 18 U.S.C. §3161(h).

                                                    /s/ Mark L. Wolf
                                                UNITED STATES DISTRICT JUDGE