```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA )
                         )    Cr. No. 05-10514-MLW
        v.               )
                         )
JOHN J. DIAMONT, JR.     )
     Defendant.          )

                            ORDER

WOLF, D.J.                                    November 22, 2006

A hearing on defendant John J. Diamont, Jr.'s motions to file certain documents <u>ex parte</u> and under seal and for an evidentiary hearing on his Motion in Limine to Exclude Disputed Invoices and Disputed Checks shall be held on December 13, 2006, at 3:00 p.m.


                                    /S/ MARK L. WOLF
                                 UNITED STATES DISTRICT JUDGE