UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10154

| United States | John Diamont |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| Peter Mullin | Mike Kendall |
| | Lauren Papenhausen |
| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANT** |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

### CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 12/13/06 | Court takes up the defendant's motion for a evidentiary hearing regarding (docket no. 70). Court denies the motion for pre-trial hearing without prejudice to reconsideration after the court receives the government's trial brief. Court listens to further arguments and will take a brief recess after it hears arguments on the other two pending motions. Court orders the government to turn over any information regarding criminal conduct of Y. Strogoff to the defendant. Government asks to make an ex-parte submission to the court. Court grants the request and orders the government to submit a memorandum along with its ex-parte submission. Submission shall be made by December 21, 2006 under seal. After a short recess Court informs the parties that its initial opinion remains the same and turns its attention towards setting a reliable trial date for the matter. Court orders the parties to confer 1/5/07 and supplemental their briefs regarding defendant's motion for a pre-trial hearing 1/12/07. Further hearing on the motion will be held on 1/22/07 at 2:00 PM and continue on 1/23/07 if necessary. Trial date set for 4/30/07. A pre-trial order will be completed at the next hearing. Parties also ordered to confer and government to submit a proffer regarding statements subject to a Petruzzielo ruling by 1/12/07 as well. Court authorizes the matters filed under seal to remain under seal at least temporarily. Court orders the removal of Mr. Strogoff's attorney so that he no longer receives CM/ECF notices. |