AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

United States of America

**v.**  **APPEARANCE**

John J. Diamont, Jr.

Case Number: 05-10154-MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| January 18, 2007 | /s/ Jonathan F. Mitchell |
| Date | Signature |
| | AUSA Jonathan F. Mitchell    629499 |
| | Print Name    Bar Number |
| | One Courthouse Way, Suite 9200 |
| | Address |
| | Boston    MA    02210 |
| | City    State    Zip Code |
| | (617) 748-3274    (617) 748-3960 |
| | Phone Number    Fax Number |