UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10154

| United States | John Diamont |
|---|---|
| PLAINTIFF | DEFENDANT |
| Peter Mullin | Michael Kendall |
| Jonathan Mitchell | Lauren Pappenhausen |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf         CLERK   O'Leary         REPORTER Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 1/22/07 | Court goes over its tentative thoughts with the parties on the defendant's motion for an evidentiary hearing. |
| | Court listens to oral arguments by the parties. Court grants the motion as to the 803(6) issue only. Court |
| | is not now committing itself to making a decision on the 803(6) issue prior to trial. Government will |
| | call at least two witnesses. Defendant may call two former employees. Court sets an evidentiary hearing |
| | for 3/8/07 at 9:30 AM and continue if necessary on 3/9/07. Parties shall report by 2/9/07 whether they |
| | have worked out the necessary stipulations. Counsel advised to keep both 4/30/07 and 5/7/07 open for a |
| | possible trial date. Written order to issue. |