```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )    CRIMINAL NO. 05-10154-MLW
        v.                  )
                            )
JOHN J. DIAMONT, JR.,       )
          Defendant         )
```

## WITHDRAWAL OF APPEARANCE

    I hereby request that the Court withdraw my appearance as attorney for the United States in this case.  Assistant U.S. Attorney Jonathan Mitchell has entered an appearance on behalf of the United States.  In addition to withdrawing my appearance as attorney for the United States, I request that my name and e-mail address be deleted from the list of persons receiving electronic notice of filings in this case.

                                                        Respectfully submitted,

                                                        /s/ Peter A. Mullin
                                                        PETER A. MULLIN

Dated: February 7, 2007