AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

United States of America

v. **APPEARANCE**

John J. Diamont, Jr.,

Defendant    Case Number: Cr. 05-10154-MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States of America.

I certify that I am admitted to practice in this court.

February 16, 2007    /s/ Mark J. Balthazard
Date    Signature

Mark J. Balthazard    544463
Print Name    Bar Number

One Courthouse Way
Address

Boston    MA    02210
City    State    Zip Code

617-748-3208    617-748-3960
Phone Number    Fax Number