```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
|     v. | ) | Cr. No. 05-10154-MLW |
| | ) | |
| JOHN J. DIAMONT, JR. | ) | |

<u>ORDER</u>

WOLF, D.J.                                              February 22, 2007

    It is hereby ORDERED that:

    1.  The government's Motion to Bifurcate the March 8 Evidentiary Hearing (Docket No. 120) is DENIED.

    2.  To give the government more time to prepare and to accommodate Yale Strogoff's counsel's vacation plans, the hearing is RESCHEDULED for March 21, 2007, at 9:00 a.m., and shall continue from day to day until concluded.  The court's schedule does not permit a further postponement.

    3.  All <u>Jencks</u> statements relating to the hearing shall be exchanged by March 14, 2007.  The government shall, by March 14, 2007, also produce all material exculpatory evidence relating to the hearing and is reminded that this obligation to disclose continues if additional exculpatory evidence is later developed or discovered.

                                                     /s/ Mark L. Wolf
                                                   UNITED STATES DISTRICT COURT