UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
 )
v. ) Crim. No. 05-10154-MLW
 )
JOHN J. DIAMONT, JR. )
 )
 Defendant )

NOTICE OF APPEARANCE

Please take notice that Patrick J. Murray, Trial Attorney, United States Department of Justice, Tax Division, Northern Criminal Enforcement Section, is entering his appearance as counsel for the Government in the above captioned case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Patrick J. Murray
PATRICK J. MURRAY
Trial Attorney
U.S. Department of Justice
Tax Division, Criminal Enforcement
 Section
Washington, DC
patrick.j.murray@usdoj.gov
NY Bar #4324

CERTIFICATE OF SERVICE

I hereby certify the above document has been served on Michael Kendall, Esq., McDermott, Will & Emery LLP, 28 State Street, Boston, MA 02109, this 20th day of March, 2007.

/s/ Patrick J. Murray
PATRICK J. MURRAY
Trial Attorney