UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10154

| United States | John Diamont |
|---|---|
| PLAINTIFF | DEFENDANT |
| Mark Balthazard | Michael Kendall |
| Patrick Murray | Lauren Pappenhouse |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 3/21/07 | Parties report there is no stipulation as to the agent's summaries. Government further reports that it does not intend to use the evidence in these proceedings. Government calls Jane Lemelin - witness takes the stand and is sworn. Government direct exam continues until the lunch break at 1:00. Court resumes at 2:00 with Ms Lemelin on the stand. Defendant's cross starts at 2:12. Court recesses for the day. The witness is instructed to return at 9:30 tomorrow morning. |