UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10154

| United States | John Diamont |
|---|---|
| PLAINTIFF | DEFENDANT |
| Mark Balthazard | Michael Kendall |
| Patrick Murray | Lauren Pappenhouse |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Romanow

CLERK'S NOTES

| DATES: | Motion Hearing - Day 2 |
|---|---|
| 3/22/07 | Witness Lemelin resumes the stand and is reminded by the court that she remains under oath. Defendant resumes its cross examination of the witness. Government calls Yale Strogoff - witness takes the stand and is sworn. Court takes a lunch break at 12:30 and resumes at 1:30 with Strogoff on the witness stand. Government rests. Defendant calls Michael Vick - witness takes the stand and is sworn. Defendant calls Peter St. Pierrre - witness takes the stand and is sworn. Government objects to the witness. Court allows the defense to proceed on a question by question basis. Defendant rests. Defense counsel makes arguments regarding the testimony it heard presented today by the defendant regarding the relevance of the same. Defendant seeks to introduce certain summary charts. Government opposes the admission of the charts. Court marks the charts for identification only the defendant four proposed exhibits. Court orders defendant to provide government with all documents used to create exhibit C by 3/29/07. Court stands in reason until after the next scheduled hearing. Court orders the parties to meet tomorrow to discuss their positions and the four proposed exhibits by the defendant. Parties to return by 4:30. |