✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF

| UNITED STATES V. JOHN DIAMONT | **EXHIBIT AND WITNESS LIST** Case Number: 05-10154-MLW |
|---|---|

| PRESIDING JUDGE Wolf | PLAINTIFF'S ATTORNEY Balthazard, Murray | DEFENDANT'S ATTORNEY Kendall, Pappenhousen |
|---|---|---|
| TRIAL DATE (S) 3/21/2007 | COURT REPORTER Romanow | COURTROOM DEPUTY O'Leary |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ---- | | 3/21/07 | | | Jane Lemelin |
| 1 | | 3/21/07 | | X | Redwell containing weigh slips slated to Crystal Steel for 1996 |
| 1A | | 3/21/07 | | X | Sample packet of invoices to Crystal Steel |
| 2 | | 3/21/07 | | X | Redwell containing weigh slips slated to Crystal Steel for 1997 |
| 3 | | 3/21/07 | | X | Redwell containing weigh slips slated to Crystal Steel for 1998 |
| 4 | | 3/21/07 | | X | Redwell containing weigh slips slated to Crystal Steel for 1999 |
| 5 | | 3/21/07 | | X | Redwell containing weigh slips slated to Crystal Steel for 2000 |
| 6 | | 3/21/07 | | X | Redwell containing weigh slips slated to Crystal Steel for 2001 |
| 7 | | 3/21/07 | | X | Packet of checks to for |
| | 8 | 3/21/07 | | X | One Write checks for Steel Account |
| | 9 | 3/21/07 | | X | One Write checks for Metal Account |
| | 10 | 3/21/07 | | X | Ledger sheets for Strogoff's co daily sales to Prolerized (96-00) |
| | 11 | 3/21/07 | | X | Receipt number 45933 |
| | 12 | 3/21/07 | | X | Receipt number 46435 |
| | 13 | 3/21/07 | | X | Receipt number 42908 |
| | 14 | 3/21/07 | | X | Receipt number 47847 |
| | 15 | 3/21/07 | | X | Receipt number 41726 |
| | 16 | 3/21/07 | | X | Receipt number 43207 |
| | 17 | 3/21/07 | | X | Receipt number 41345 |
| | 18 | 3/21/07 | | X | Packet of docs starting with receiving record 015966 |
| | 19 | 3/21/07 | | X | Receipt number 48402 |
| | 20 | 3/21/07 | | X | Receipt number 56900 |
| | 21 | 3/21/07 | | X | Receipt number 35674 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES | | vs. | | JOHN DIAMONT | CASE NO. CR05-10154 | |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| | 22 | 3/22/07 | | X | Receipt number 43262 | |
| ---- | | 3/22/07 | | | Jane Lemelin | |
| | 23 | 3/22/07 | | X | Invoice/Weigh Slips starting with 3780 | |
| | 24 | 3/22/07 | | X | Receipt number 62140 | |
| ---- | | 3/22/07 | | | Yale Strogoff | |
| | 25 | 3/22/07 | | X | Receipt number 3596 | |
| | 26 | 3/22/07 | | X | Government summary dated 4/3/1996 | |
| | 27 | 3/22/07 | | X | Receiving Record dated 2/7/00 | |
| | 28 | 3/22/07 | | X | Tax form 1120 for Strogoff for year 2000 | |
| | 29 | 3/22/07 | | X | Strogoff Money Market Account #00900613 | |
| | 30 | 3/22/07 | | X | Broadway National Bank records | |
| | A | 3/22/07 | X | | Summary Projected Payroll for Nov, 98 for Strogoff CO. | |
| | B | 3/22/07 | X | | Summary Pre-paid Insurance | |
| | ---- | 3/22/07 | | | Michael Vick | |
| | ----- | 3/22/07 | | | Peter St. Pierre | |
| | C | 3/22/07 | X | | Defendant's Summary Chart of Loads Matched Within 100 lbs | |
| | D | 3/22/07 | X | | Defendant's Summary Chart of Loads with Same Weights (too perfect) | |
| | E | 3/22/07 | X | | Robert Kraydin's IRS form 4549 | |
| | F | 3/22/07 | X | | Richard Kraydin's IRS form 4549 | |

Page __2__ of __2__ Pages