UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 05-10154-MLW |
| ) | |
| JOHN J. DIAMONT, JR.   ) | |

### DISMISSAL OF THE INDICTMENT

Pursuant to FRCP 48(a), the Acting United States Attorney for the District of Massachusetts, Michael K. Loucks, hereby dismisses the Indictment in the above-captioned case. In support of this dismissal, the government states that the dismissal is in the interests of justice.

Respectfully submitted,

_____ 3/30/7 8:45 a.m.
MICHAEL K. LOUCKS
Acting United States Attorney

_____
MARK J. BALTHAZARD
Assistant U.S. Attorney
PATRICK J. MURRAY
Trial Attorney
U.S. Department of Justice

Leave to File Granted:

_____   March 30, 2007
Mark L. Wolf, Chief Judge
United States District Court

### Certificate of Service

I hereby certify that on March 30, 2007, this Dismissal of the Indictment filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Mark J. Balthazard
MARK J. BALTHAZARD
Assistant U.S. Attorney

*As the court recently conducted a hearing in this matter which provides a basis for determining that a dismissal of this case is reasonable, and the court understands that the defendant consents, dismissal under F.R.Cr.P. 48(a) is appropriate. See Rinaldi, 434 U.S. 22, 30 n. 15 (1977). /s/ Wolf, D.J. 3/30/07*